

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00617-CR

The **STATE** of Texas,
Appellant

v.

Heberto **GARZA-GARCIA**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 17-CRS-266
Honorable Everardo Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order granting the motion to suppress is AFFIRMED.

SIGNED June 5, 2019.

Luz Elena D. Chapa, Justice